EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE  (3790)
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 07-00072 HG BMK |
| | ) | |
| Petitioner, | ) | FINDING AND |
| | ) | RECOMMENDATION ON PETITION |
| v. | ) | TO ENFORCE INTERNAL REVENUE |
| | ) | SERVICE SUMMONS |
| RUSSELL I. YOSHIMURA, | ) | |
| AS PRESIDENT OF AIRPORT USED | ) | |
| CAR RENTALS, INCORPORATED, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

FINDING AND RECOMMENDATION ON
PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A hearing was held on Monday April 9, 2007, before the Honorable Barry M. Kurren, United States Magistrate Judge, on the Petition to Enforce Internal Revenue Service Summons filed by the United States of America.  Harry Yee, Assistant United States Attorney and Joseph Ingalls, Revenue Officer with the Internal Revenue Service, appeared on behalf of the United States. Respondent Russell I. Yoshimura or any representative of Airport

Used Car Rentals, Incorporated, failed to appear and/or otherwise plead.

All the government needs to do to establish a prima facie case for enforcement of a summons is to show that the summons is issued for a legitimate purpose, the data sought may be relevant to that purpose, the data is not already in the Internal Revenue Service's possession, and the administrative steps for issuance and service of a summons have been followed. United States v. Powell, 379 U.S. 48 (1964). The government has established a prima facie case for enforceability with the Declaration of Joseph Ingalls.

Therefore, it is the recommendation of this Court to the United States District Judge that an order be entered as follows:

(1) That the Internal Revenue Service summons issued on November 29, 2006 and served on respondent shall be enforced and he shall obey forthwith the summons in full;

(2) That the respondent shall deliver to the offices of Revenue Officer Ingalls on behalf of the United States on or before 12:00 p.m. (Noon) May 3, 2007, all documents requested in the summons issued on November 29, 2006;

(3) And that should respondent fail to fulfill the either of the requirements of this order then the United States

may forthwith move this court for a hearing on motion for contempt of this order.

        IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 12, 2007

USA v. RUSSELL I. YOSHIMURA
Civil No. 07-00072 HG BMK
Finding and Recommendation on Petition to Enforce Internal Revenue Service Summons