IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL 07-00072HG-BMK |
| Petitioner, | ) | |
| vs. | ) | |
| RUSSELL I. YOSHIMURA, as President of Airport Used Car Rentals, Incorporated, | ) | |
| Respondent. | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

A Finding and Recommendation having been filed and served on all parties on April 12, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation on Petition to Enforce Internal Revenue Service Summons," document no. [8], is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 1, 2007



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge

cc: all parties of record

Due for Adoption: April 27, 2007